FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 20 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GLENN BERGMAN and MARGARET BERGMAN,

          Plaintiffs,

- against -

HURLEY OF AMERICA, INC.,
PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, AIRWAY CLEANERS, LLC,
and AIRWAY MAINTENANCE, LLC,

          Defendants.
----------------------------------------------------------x

Memorandum and Order

12 Civ. 1674

GLASSER, United States District Judge:

Pursuant to a Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dated August 7, 2012, plaintiffs' claims against the Port Authority of New York and New Jersey (the "Port Authority") are hereby dismissed without prejudice. The Port Authority's Motion to Dismiss for Lack of Jurisdiction is therefore moot and the Clerk of the Court is directed to close docket number 10.

**SO ORDERED.**

Dated:      Brooklyn, New York
              August 17, 2012

                                          s/ILG

                                          I. Leo Glasser, U.S.D.J.